CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
SEP 14 2005 C'ville
JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

| | |
|---|---|
| THOMASINA A. BRADFORD,<br><br>*Plaintiff,*<br><br>v.<br><br>JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL SECURITY,<br><br>*Defendant.* | CIVIL ACTION NO. 3:04CV00093<br><br><br>ORDER<br><br><br><br>JUDGE NORMAN K. MOON |

By standing order of the Court, this case was referred to the Honorable B. Waugh Crigler, United States Magistrate Judge, for proposed findings of fact and a recommended disposition. The Magistrate filed his report on August 4, 2005, recommending that this Court reverse the Commissioner's final decision and remand the case for further proceedings.

After a careful review of the entire record in this case, and no objection having been filed to the Magistrate Judge's Report within ten (10) days of its service upon the parties, this Court adopts the Magistrate Judge's report in its entirety. This case is thus remanded to the Commissioner for further proceedings. In the event that the Commissioner is unable to grant benefits on the current record, she is to recommit the case to a Law Judge for supplemental evidentiary proceedings at which time both sides can present additional evidence.

Accordingly, it is this day ORDERED that the Report and Recommendation of the United States Magistrate Judge filed August 4, 2005, shall be, and hereby is, ADOPTED, in its entirety.

This case is dismissed and stricken from the docket of the Court.

The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record.

ENTER: _/s/ Norman K. Moon_

U.S. District Court Judge

DATE: _Sept. 14, 2005_